FILED

09 SEP -1 PM 1:40

[illegible stamp]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

**CV 09 80 241 MISC**

VRW

Janet Elliott Mummey - #92268

_____/

**ORDER TO SHOW CAUSE**

It appearing that Janet Elliott Mummey has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Janet Elliott Mummey
Attorney at Law
209 Montana Avenue, #102
Santa Monica, CA 90403